April 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DARLENE SPARKS, Appellant

NO. 14-12-00029-CV                     V.

EXXON MOBIL CORPORATION, INC., Appellee

_____

This cause, an appeal from the judgment signed October 10, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.

We order appellant, Darlene Sparks, to pay all costs in this appeal.  We further order the decision certified below for observance.